IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:13-cv-93-D

| | |
|---|---|
| MARILYN MASON, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | **CONSENT ORDER** |
| CAROLYN COLVIN, ) | |
| Acting Commissioner of Social ) | |
| Security, ) | |
| ) | |
| Defendant. ) | |

This action being submitted to the Court for entry of a Consent Order agreed to by the parties and it appearing that Plaintiff, by and through her attorney, has executed this Consent Order and Defendant has executed this Consent Order, by and through the undersigned Assistant United States Attorney; and it appearing that the parties have agreed that the Commissioner of Social Security should pay the sum of $4,393.75 for attorney fees, in full and final settlement of all claims due against the Social Security Administration, for attorney fees arising under the Equal Access to Justice Act (EAJA). 28 U.S.C. § 2412(d). It also appearing that Plaintiff's counsel should be reimbursed the $350.00 filing fee.

It is therefore ORDERED that the Commissioner of Social Security pay to Plaintiff's attorney $4,393.75 for attorney fees if there is no debt that qualifies under the Treasury Offset Program (31 U.S.C. § 3716). If there is such a debt, any fee remaining after offset will be payable to Plaintiff and delivered to Plaintiff's attorney. It is also ordered that Plaintiff's counsel be reimbursed the $350.00 filing fee from the Treasury Judgment Fund.

SO ORDERED. This 28 day of October 2014.

JAMES C. DEVER III
Chief United States District Judge

CONSENTED TO:

/s/CHARLOTTE W. HALL
Attorney for Plaintiff
N.C. Bar # 41290
Charles T. Hall Law Firm, P.C.
P.O. Box 10629
Raleigh, NC  27605
Telephone: (919) 791-1883
Fax: (919) 791-1886
charlotte@charleshallfirm.com


/s/MARK J. GOLDENBERG
Attorney for Defendant
Special Assistant United States Attorney
Social Security Administration
Office of the General Counsel
Room 617, Altmeyer Building
6401 Security Boulevard
Baltimore, Maryland 21235
Telephone: (410) 965-7380
Fax: (410) 597-1435
Mark.goldenberg@ssa.gov
Maryland Bar